ANDREW S. T. FRITZ, LTD.
Laura L. Fritz, Esq.
Nevada Bar No. 6568
Andrew Fritz, Esq.
Nevada Bar No. 6649
625 S. Sixth St.
Las Vegas, NV 89101
Telephone: (702) 383-5155
Facsimile: (702) 383-2865
contact@fritzlawyers.com
Attorney for Debtor(s)

E-Filed: August 2, 2011

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

RAUL RODRIGUEZ
(XXX-XX-7877),

    Debtor(s).

Case No. BK-S-10-31653-mkn
Chapter 13 Proceedings

DATE:      September 8, 2011
TIME:      1:30 p.m.
TRUSTEE:   Kathleen A. Leavitt

### NOTICE OF HEARING ON CONTINUED CONFIRMATION OF CHAPTER 13 PLAN

TO:    ALL INTERESTED PARTIES

**NOTICE IS GIVEN** that the Confirmation Hearing on Plan #2 has been continued to **September 8, 2011**, at 1:30 p.m. The pre-confirmation hearing is at 8:30 a.m. Any Opposition must be filed pursuant to Local Rule 9014(d)(1).

**NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy on the person making the Motion *no later than 14 days* preceding the hearing date for the motion, unless an exception applies (see Local Rule 9014(d)(3)). The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c). The objection must be filed with Bankruptcy Court and served upon the Debtor's counsel and upon the Standing Chapter 13 Trustee, Kathleen A. Leavitt.

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> - The court may *refuse to allow you to speak* at the scheduled hearing; and
> - The court may *rule against you* without formally calling the matter at the hearing.

NOTICE IS FURTHER GIVEN that the hearing will be held before a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Third Floor, Las Vegas Nevada, on September 8, 2011, at the hour of 1:30 p.m. The pre-confirmation hearing is at 8:30 a.m.

Date: 29 July 2011

_____
Laura L. Fritz, Esq.